**SO ORDERED.**

**SIGNED January 20, 2010.**



_____
**HENLEY A. HUNTER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

DARLA D. SATCHER
_____         **CASENO: 07-BK-80441**
**DEBTOR(S)**                  **CHAPTER 13**

*ORDER AND NOTICE OF DISMISSAL*

    The above named debtor filed a petition in this Court on MAY 11, 2007, under Chapter 13 of the Bankruptcy Code.
    Considering that on JULY 26, 2007, an Agreed Order was signed by Judge Henley A. Hunter stating that should Debtor becomes more than sixty (60) days delinquent with her Chapter 13 Plan payments, the trustee may dismiss the case without further hearing upon the filing of an ex-parte motion. The Trustee may submit a certified record of payments and dismiss the case without further hearing. The standing Trustee now reports that debtor has not complied with the above-mentioned Order, as shown on the Trustee record of receipts attached hereto. However, debtor is not current with her Chapter 13 Plan payments, and it now appearing that the case should be dismissed,

    IT IS ORDERED that the Chapter 13 Case be and the same hereby dismissed.

    IT IS FURTHER ORDERED that the Trustee disburse all monies on hand, if any, to the Creditors/Debtor after deducting the percentage fees prescribed by 11 U.S.C. § 1326(a)(2).

    IT IS FURTHER ORDERED that after Trustee has disbursed the remaining funds as indicated above, the account be closed and a final accounting be filed.

    IT IS FURTHER ORDERED that the Trustee be discharged and released from his trust and the sureties thereon released.

    IT IS FURTHER ORDERED that any Order directs to the employer/debtor to turn over to the Trustee a portion of wages of the debtor is hereby revoked and rescinded.

    IT IS FURTHER ORDERED that the provisions of 11 U.S.C. § 362(a) and 11 U.S.C. § 1301 staying certain acts and proceedings against debtor(s) and his/her or their property and against certain co-debtors are no longer in effect

    IT IS FURTHER ORDERED that notice be sent to all creditors that the Chapter 13 Case was dismissed, and that creditors should now look directly to debtor for satisfaction of any balances owing upon their claim.

\*\*\*